FILED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

2018 APR -6 P 12: 42

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) DOCKET NO. 1:18-mj-175 |
| DANIEL L. SCHULER | ) |
| | ) INITIAL APPEARANCE: April 16, 2018 |
| | ) |

CRIMINAL INFORMATION

COUNT I (Misdemeanor 6933368)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about February 2, 2018, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, DANIEL L. SCHULER, did wrongfully, knowingly, and intentionally operate a motor vehicle while his driver's license or instruction permit or privilege to drive a motor vehicle had been suspended or revoked and who had been directed not to drive by a court or by the Commissioner, the State Corporation Commissioner, the State Highway and Transportation Commissioner, or the Superintendent of State Police until the period of such suspension or revocation was terminated and that DANIEL L. SCHULER, was convicted of two prior offenses of driving while license suspended.

(In violation of Title 18, United States Code, Section 13 assimilating Section 46.2-301, Code of Virginia 1950, as amended).

## COUNT II (Petty)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about February 2, 2018, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, DANIEL L. SCHULER, did unlawfully drive a motor vehicle upon the highway without a valid driver's license.

(In violation of Title 18, United States Code, Section 13 assimilating Section 46.2-300, Code of Virginia 1950, as amended.)

TRACY DOHERTY-MCCORMICK
ACTING UNITED STATES ATTORNEY

By: _____
Bridget A. Karns
Special Assistant
United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703)805-4390
Fax (703) 805-1042
bridget.a.karns.mil@mail.mil

Fort Belvoir, VA

Date April 5, 2018

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2018, I mailed, postage prepaid, a true and accurate copy of the Criminal Information herein filed to Daniel L. Schuler, 41 Sunrise Bowey Court, Stafford, VA 22594.

KAREN L. SHANER
Administrative Assistant
Staff Judge Advocate Office